

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

ENTERED
03/10/2021

| | | |
|---|---|---|
| IN RE: | § | |
| SANFORD KEITH AMEY, | § | CASE NO: 21-21038 |
|   Debtor. | § | |
| | § | |
| | § | CHAPTER 13 |

### ORDER CONDITIONALLY EXTENDING STAY

For the reasons set forth on the record on this date, the Court orders:

1. The automatic stay is extended, conditioned on compliance with paragraph 2 of this Order.

2. Mr. Amey must:

   a. Amend his schedules I and J to accurately reflect his income and expenses;
   b. Amend his business schedules to accurately reflect his forecast business income and expenses; and
   c. Prove, at a hearing to be conducted on March 29, 2021 at 9:00 a.m., that this case was filed in good faith as to the creditors to be stayed. This proof will require, among other things, a demonstration that the proposed monthly plan payments are feasible.

SIGNED 03/10/2021

_____
Marvin Isgur
United States Bankruptcy Judge